# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147706-7 & (74)

DAY LIVING TRUST,
   Plaintiff/Counter Defendant,

v

PETER J. KELLEY and CATHARINE J.
KELLEY,
   Defendants/Counter
   Plaintiffs-Appellants,

and

FINANCIAL ASSOCIATES OF AMERICA,
LTD,
   Counter Defendant-Appellee.
_____/

DAY LIVING TRUST,
   Plaintiff/Counter Defendant,

v

PETER J. KELLEY and CATHARINE J.
KELLEY,
   Defendants/Counter
   Plaintiffs-Appellants,

and

FINANCIAL ASSOCIATES OF AMERICA,
LTD,
   Counter Defendant,

and

J. EDWARD KLOIAN,
   Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147706
COA: 309531
Washtenaw CC: 11-000376-CH

SC: 147707
COA: 309566
Washtenaw CC: 11-000376-CH

On order of the Court, we GRANT that part of appellee Kloian's motion that seeks immediate consideration of the application and DENY relief in all other respects. The application for leave to appeal the June 6, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



d0127

Clerk